UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| ELIA MELGAR,<br><br>                            Plaintiff(s),<br><br><br>  -v.-<br>AMERICAN MEDICAL COLLECTION AGENCY,<br>                            Defendant. | **Civil Action No:**<br><br>**COMPLAINT** |

Plaintiff Elia Melgar ("Plaintiff" or "Melgar") by and through her attorneys, RC Law Group, PLLC, as and for its Complaint against Defendant American Medical Collection Agency ("Defendant") respectfully sets forth, complains and alleges, upon information and belief, the following:

### INTRODUCTION/PRELIMINARY STATEMENT

1. Plaintiff brings this action for damages and declaratory and injunctive relief arising from the Defendant's violation(s) of section 1692 et. seq. of Title 15 of the United States Code, commonly referred to as the Fair Debt Collections Practices Act ("FDCPA").

### PARTIES

2. Plaintiff is a resident of the State of Florida, County of Miami-Dade, residing at 18202 SW 139th Court, Miami, FL 33177.

3. Defendant is a debt collector with an address at 4 Westchester Plaza, Suite 110, Elmsford, NY 10523.

4. American Medical Collection Agency is a "debt collector" as the phrase is defined in 15 U.S.C. § 1692(a)(6) and used in the FDCPA.

## JURISDICTION AND VENUE

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as well as 15 U.S.C. § 1692 et. seq. and 28 U.S.C. § 2201. If applicable, the Court also has pendant jurisdiction over the State law claims in this action pursuant to 28 U.S.C. § 1367(a).

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

## FACTUAL ALLEGATIONS

7. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully state herein with the same force and effect as if the same were set forth at length herein.

8. Upon information and belief, on a date better known to Defendant, Defendant began collection activities on an alleged consumer debt from the Plaintiff ("Alleged Debt").

9. This debt was incurred as a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

10. On or around October 13, 2016, Defendant sent the Plaintiff a collection letter for an Alleged Debt of $131.89, current creditor Laboratory Corporation of America

11. On or around November 21, 2016, Defendant sent Plaintiff a second collection letter for the same Alleged Debt.

12. On or around January 4, 2017, Plaintiff signed onto Defendant's website payment center in order to gain more information and/or make payment on the Alleged Debt.

13. Defendant's website advised Plaintiff that Defendant charges a $4.95 convenience fee to make payment through its website.

14. Plaintiff did not agree to such a collection costs and the $4.95 collection fee on the Alleged Debt far exceeds any reasonable costs of collection for this account.

15. The addition of this collection fee by Defendant, which was not authorized by the agreement creating the debt or permitted by law, was an attempt to collect an amount not owed by Plaintiff.

16. As a result of Defendant's deceptive, misleading and unfair debt collection practices, Plaintiff has been damaged.

### FIRST CAUSE OF ACTION
### (Violations of the FDCPA)

17. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

18. Defendant's debt collection efforts attempted and/or directed towards Plaintiff violate various provisions of the FDCPA, including but not limited to 15 U.S.C. §§ 1692e, 1692e(5), 1692e(10), 1692f and 1692f(1).

19. As a result of the Defendant's violations of the FDCPA, Plaintiff has been damaged and is entitled to damages in accordance with the FDCPA.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Elia Melgar demands judgment from the Defendant American Medical Collection Agency as follows:

a) For actual damages provided and pursuant to 15 U.S.C. § 1692k(a)1);

b) For statutory damages provided and pursuant to 15 U.S.C. § 1692k(2)(A);

c) For attorney fees and costs provided and pursuant to 15 U.S.C. § 1692k(a)(3);

d) A declaration that the Defendant's practices violated the FDCPA; and

e) For any such other and further relief, as well as further costs, expenses and disbursements of this action as this Court may deem just and proper.

Dated: Hackensack, New Jersey
January 18, 2017

           /s/ Michael Jay Ringlheim
**RC Law Group, PLLC**
By: Michael Jay Ringelheim, Esq.
Florida Bar No.: 93291
285 Passaic Street
Hackensack, NJ 07601
Phone: 201.282.6500 Ext. 254
Fax: 201.282.6501
mjringelheim@rclawgroup.com