UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ELIA MELGAR

    Plaintiff,

    v.                                                            CASE NO.: 1:17-cv-20209-RNS

AMERICAN MEDICAL COLLECTION
AGENCY,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** June 20, 2017

| For Elia Melgar | For American Medical Collection Agency |
|---|---|
| */s/ Michael Jay Ringelheim*<br>Michael Jay Ringelheim<br>RC Law Group, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>mjringelheim@rclawgroup.com | */s/ West A. Holden*<br>West A. Holden<br>Hinshaw & Culbertson, LLP<br>2525 Ponce de Leon Blvd, 4th Fl.<br>Coral Gables, FL 33134<br>wholden@hinshawlaw.com |

## CERTIFICATE OF SERVICE

      I certify that on June 20, 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  */s/ Michael Jay Ringelheim*
                                                  Michael Jay Ringelheim
                                                  **RC Law Group, PLLC**
                                                  285 Passaic Street
                                                  Hackensack, NJ 07601
                                                  *Attorneys for Plaintiff*