United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Elia Melgar, Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 17–20209-Civ-Scola |
| | ) |
| American Medical Collection Agency, Defendant | ) |

## Order Of Dismissal

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. Of Dismissal, ECF No. 12). The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in chambers, at Miami, Florida, on June 20, 2017.

_____
Robert N. Scola, Jr.
United States District Judge